**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Maine

Case number (*If known*): _____ Chapter _____11____

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name**

   Andalina Properties LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   88-1777931

4. **Debtor's address**

   **Principal place of business**

   743 Congress St.
   Number    Street

   _____

   Portland          ME    04102
   City              State  ZIP Code

   Cumberland County
   County

   **Mailing address, if different from principal place of business**

   69 Vesper St.
   Number    Street

   P.O. Box
   _____

   Portland          ME    04101
   City              State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City              State  ZIP Code

5. **Debtor's website** (URL)

   _____

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  Andalina Properties LLC
_____  Case number (if known)_____
Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

5311

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
                                                        MM / DD / YYYY

              District _____   When _____   Case number _____
                                                        MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.   Debtor _137 College LLC_____   Relationship _Affiliate_____

              District _District of Maine_____   When _06/17/2026_____
                                                                              MM  /  DD  / YYYY

              Case number, if known _____

---

| Debtor | Andalina Properties LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                                                    State          ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name          _____

Phone          _____

---

**▮ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

Debtor __Andalina Properties LLC_____     Case number *(if known)*_____
       Name

| 16. **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/16/2026__
            MM / DD / YYYY

✗ _Rudolph M Ferrante_____     Rudolph M. Ferrante_____
Signature of authorized representative of debtor     Printed name

Title __Sole Member_____

18. **Signature of attorney**

✗ /s/ *Sam Anderson*_____     Date __06/16/2026__
Signature of attorney for debtor                  MM  / DD / YYYY

Sam Anderson_____
Printed name
Bernstein Shur Sawyer & Nelson, P.A._____
Firm name
100 Middle Street P.O. Box 9729_____
Number      Street
Portland_____     ME____  04101_____
City                             State   ZIP Code

2077741200_____     sanderson@bernsteinshur.com____
Contact phone                     Email address

9809_____     ME_____
Bar number                  State

Debtor ___Andalina Properties LLC_____   Case number (*if known*)_____

First Name   Middle Name   Last Name

## Continuation Sheet for Official Form 201

**10) Pending Bankruptcies (All filed on June 17, 2026)**

28 Howard LLC          District of Maine

69 Horton LLC          District of Maine

85 Horton LLC          District of Maine

ELCORP, LLC            District of Maine

LSPP Properties LLC    District of Maine

Olympia Block LLC      District of Maine

RAF Properties LLC     District of Maine

RM FERRANTE LLC        District of Maine

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**

**ANDALINA PROPERTIES LLC**

**UNANIMOUS WRITTEN CONSENT OF MEMBERS AND MANAGER
ACTING WITHOUT A MEETING**

**June 17, 2026**

The undersigned, being the sole member (the "**Member**") of Andalina Properties LLC (the "**Company**"), without a meeting based on the unanimous written consent of the Member, and in accordance with the Operating Agreement of the Company, hereby adopt and consent to the following actions and resolutions of the Company:

| | |
|---|---|
| **WHEREAS:** | The Member has reviewed and considered the financial and operating condition of the Company, including the historical performance of the Company, its assets, its current and long-term liabilities, the market for its assets, credit market conditions, and macroeconomic conditions impacting the Company, and the Member being apprised of the efforts to reorganize the Company; and further |
| **WHEREAS:** | The Member has determined it desirable and in the best interests of the Company, and its creditors, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and to pursue potential sales of some or all assets and/or a reorganization; and further |
| **RESOLVED:** | That the Company be and hereby is authorized and empowered to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Maine or any other appropriate bankruptcy court (the "**Bankruptcy Court**") at such time as the Company shall determine and in such form or forms as the Company may approve, and to elect to proceed as a debtor and debtor-in-possession under Chapter 11; and further |
| **RESOLVED:** | That Rudolph Ferrante (the "**Authorized Party**"), is authorized on behalf of, and in the name of, the Company to execute and file any and all petitions, schedules, motions, lists, applications, pleadings and other papers, to take any and all such other and further actions which the Company or its legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11, and to take and perform any and all further acts and deeds which he deems necessary, proper and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case, including, without limitation, seeking authority to borrow under a pre or post-petition credit facility, to grant liens and other security therefor, to sell |

assets, and to file and prosecute a plan of reorganization or liquidation; and further,

**RESOLVED:**   That the Authorized Party is hereby authorized and directed to take such actions and to make, sign, execute, acknowledge and deliver (and record in a relevant office of the county clerk, if necessary) any and all such documents listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements, bills of sale, assignment agreements, leases, or other instruments as may reasonably be required to give effect to these resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof; and further,

**RESOLVED:**   That the Company be and hereby is authorized to retain the law firm of Bernstein, Shur, Sawyer & Nelson, P.A. ("**BSSN**") as general bankruptcy counsel to the Company in connection with the chapter 11 case if the Company determines that the filing of a voluntary petition for relief is appropriate, and to pay BSSN at its standard hourly rates in connection with its representation of the Company, and to provide BSSN with a retainer in an amount to be agreed upon by BSSN and the Company, and to reimburse BSSN for any actual expenses incurred in connection with its employment by the Company, and that the Company is authorized to retain and compensate such other professionals in addition to BSSN in the Chapter 11 case as may be determined by the Company.

**ANDALINA PROPERTIES LLC**

By: _____
Name: Rudolph Ferrante
Title: Sole Member

**Fill in this information to identify the case and this filing:**

Debtor Name ___Andalina Properties LLC___

United States Bankruptcy Court for the: **District of Maine**

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑ *Schedule H: Codebtors* (Official Form 206H)

❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___06/16/2026___          ✗ _____*Rudw Feule*_____
             MM / DD / YYYY                Signature of individual signing on behalf of debtor

                            ___Rudolph M. Ferrante___
                            Printed name

                            ___Sole Member___
                            Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name ___Andalina Properties LLC_____

United States Bankruptcy Court for the:__District of Maine_____

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Central Maine Power P.O. Box 847810 Boston, MA, 02284-7810 | cmpbankruptcy@cmpco.com; collections@cmpco.com; | Utility Services | | | | 3,061.05 |
| 2 | Unitil P.O. Box 981077 Boston, MA, 02298-1077 | info@unitil.com; credit@unitil.com; | Utility Services | | | | 2,831.00 |
| 3 | Portland Water District 225 Douglass St Portland, ME, 04102-0000 | info@pwd.org; | Utility Services | | | | 2,300.00 |
| 4 | CSC Service Works P.O. Box 85319 Chicago, IL, 60689-5319 | accountmanagement@cscsw.com | Services | | | | 781.60 |
| 5 | Pye Barker Fire and Safety P.O. Box 735358 Dallas, TX, 75373-5358 | brieana.kirkham@pyebarkfs.com | Services | | | | 720.00 |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor _____Andalina Properties LLC_____     Case number *(if known)*_____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**United States Bankruptcy Court**

IN RE:                                                      Case No._____

Andalina Properties LLC
_____ Chapter  ___11_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Rudolph Ferrante<br>69 Vesper Street, Portland, ME 04101 | 100 | Sole Member |

United States Bankruptcy Court

District of Maine

In re:  Andalina Properties LLC                                    Case No.

                                                                   Chapter    11

                    Debtor(s)

**Verification of Creditor Matrix**

        The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.

Date: _____06/16/2026_____          _Rudolph Fent_____
                                         Signature of Individual signing on behalf of debtor

                                         _Rudolph Sole Member_____
                                         Position or relationship to debtor

Abba Saleh Koisse
85 Horton Street
Unit 6
Lewiston, ME 04240


Aminata Berete
5 Bishop Street
Unit 17
Lewiston, ME 04103


Andalina Properties LLC
69 Vesper Street
Portland, ME 04101


Andrea Winship
22 Whitney Ave
Unit 2
Westbrook, ME 04092


Arsene Irishura
779 Congress Street
Unit 6
Portland, ME 04102


Arvin Heartman
5 Bishop Street
Unit 1
Portland, ME 04103


Brendan Levy
5 Bishop Street
Unit 9
Portland, ME 04103


Business Lending Solutions
101 Western Avenue
Hampden, ME 04444


Carlos Laku
743 Congress Street
Unit 7
Portland, ME 04102

Central Maine Power
P.O. Box 847810
Boston, MA 02284-7810


Chantal Nsongo
69 Horton Street
Unit 22
Lewiston, ME 04240


Charter Communications
P.O. Box 6030
Carol Stream, IL 60197-6030


Christopher L. Brooks, Esq.
84 Marginal Way
Suite 600
Portland, ME 04101-2480


City of Lewiston
Attn: Assessor's Department
27 Pine Street
Lewiston, ME 04240


City of Lewiston
Attn: Property Tax
27 Pine Street
Lewiston, ME 04240


City of Lewiston
Attn: Water & Sewer Division
27 Pine Street
Lewiston, ME 04240


City of Portland
Attn: Assessor's Department
389 Congress Street
Portland, ME 04101


City of Westbrook
Attn: Assessor's Department

2 York Street
Westbrook, ME 04092


Consolidated Communications
P.O. Box 11021
Lewiston, ME 04243


Courtney McPhail
743 Congress Street
Unit 2
Portland, ME 04102


CSC Service Works
P.O. Box 85319
Chicago, IL 60689-5319


Cunningham Security
325 US Route 1
Falmouth, ME 04105


Cuso Home Lending
101 Western Avenue
P.O. Box 663
Hampden, ME 04444


David Latatu
5 Bishop Street
Unit 18
Portland, ME 04103


David McClousky
5 Bishop Street
Unit 7
Portland, ME 04103


Don Pearson
85 Horton Street
Unit 8
Lewiston, ME 04240


Donald Sanders

5 Bishop Street
Unit 12
Portland, ME 04103


E.R. Field, Inc.
106 Taylor Hill Road
Lewiston, ME 04240


Earl Moore
75 Sherman Street
Unit 2
Portland, ME 04101


ELCORP, LLC
69 Vesper Street
Portland, ME 04101


Elyse Ulwera
5 Bishop Street
Unit 5
Portland, ME 04103


Esmeralda Massamba
779 Congress Street
Unit 8
Portland, ME 04102


Eufrazina Capita
69 Horton Street
Unit 8
Lewiston, ME 04240


Eugene Valencourt
5 Bishop Street
Unit 21
Portland, ME 04103

Ewell Harper
779 Congress Street
Unit 3
Portland, ME 04102

Felix Gerveis
779 Congress Street
Unit 7
Portland, ME 04102


Five County Credit Union
n/k/a Ancorum Credit Union
765 Washington Street
Bath, ME 04530


Five County Credit Union
n/k/a Ancorum Credit Union
P.O. Box 190
Hampden, ME 04444


Francisco Lusevikveno
28 Howard Street
Unit 4
Lewiston, ME 04240


Geraldo Joao
137 College Street
Unit 1
Lewiston, ME 04240


Hagau Seche
85 Horton Street
Unit 3
Lewiston, ME 04240


Internal Revenue Services
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Interstate Fire
7 ABJ Dr. #1
Gardiner, ME 04345


Issa Ousamane
85 Horton Street
Unit 7

Lewiston, ME 04240


Jarome Chieva
743 Congress Street
Unit 5
Portland, ME 04102


Jasmine Peterkin
85 Horton Street
Unit 12
Lewiston, ME 04240


Jeronimo Jeronimo
69 Horton Street
Unit 31
Lewiston, ME 04240


Joao Maienda
75 Sherman Street
Unit 3
Portland, ME 04101


Justin Lee
69 Horton Street
Unit 10
Lewiston, ME 04240


Karrie Adams
137 College Street
Unit 8
Lewiston, ME 04240


Kiana Dessent
22 Whitney Ave
Unit 4
Westbrook, ME 04092


Kimberly Kegler
5 Bishop Street
Unit 19
Portland, ME 04103

Kris Nichols
22 Whitney Ave
Unit 1
Westbrook, ME 04092


Lopes Dunn
69 Horton Street
Unit 19
Lewiston, ME 04240


LSPP Properties LLC
69 Vesper Street
Portland, ME 04101


Maine Revenue Service
51 Commerce Dr.
Augusta, ME 04333


Maine Revenue Services
c/o John Burke, Esq.
6 State House Station
Augusta, ME 04333


Manzambi Manzambi
743 Congress Street
Unit 3
Portland, ME 04102


Mark Dutton
69 Horton Street
Unit 21
Lewiston, ME 04240


Mathley Moukoko
5 Bishop Street
Unit 19B
Portland, ME 04103


Matthew O'Connor
75 Sherman Street
Unit 5

Portland, ME 04101


Matthew Sake
743 Congress Street
Unit 9
Portland, ME 04102


Matthew Yankowsky
5 Bishop Street
Unit 3
Portland, ME 04103


Mayimona Nganduna
5 Bishop Street
Unit 6
Portland, ME 04103


Morrisa Higer
22 Whitney Ave
Unit 6
Westbrook, ME 04092


Nathalie Kitoko
75 Sherman Street
Unit 9
Portland, ME 04101


Nzunzi Mapuya
137 College Street
Unit 11
Lewiston, ME 04240


Office of the U.S. Trustee
537 Congress Street
Suite 300
Portland, ME 04101


Office of the U.S. Attorney
100 Middle Street
East Tower, 6th Floor
Portland, ME 04101

Olympia Block LLC
69 Vesper Street
Portland, ME 04101


Paolo Musongela
779 Congress Street
Unit 2
Portland, ME 04102


Pepito Abraao
743 Congress Street
Unit 4
Portland, ME 04102


Portland Water District
225 Douglass Street
Portland, ME 04102


Pye Barker Fire and Safety
P.O. Box 735358
Dallas, TX 75373-5358


Rachel Rachel
75 Sherman Street
Unit 7
Portland, ME 04101


RAF Properties, LLC
69 Vesper Street
Portland, ME 04101


Raquel Matondo Ngakanga
5 Bishop Street
Unit 4
Portland, ME 04103


Richard Kelly
28 Howard Street
Unit 3
Lewiston, ME 04240

RM Ferrante LLC
69 Vesper Street
Portland, ME 04101


Rotiano Moshi
69 Horton Street
Unit 12
Lewiston, ME 04240


Rudolph M. Ferrante
69 Vesper Street
Portland, ME 04101


Salon Paragon, LLC
1190 Forest Ave
Portland, ME 04103


Samuel Hurt
137 College Street
Unit 6
Lewiston, ME 04240


Seymour Sultanov
28 Howard Street
Unit 6
Lewiston, ME 04240


Shawn Peabody
85 Horton Street
Unit 11
Lewiston, ME 04240


Sprague Energy
185 International Drive
Portsmouth, NH 03801


Suzeth Fernando
137 College Street
Unit 4
Lewiston, ME 04240

Tim Scanlin
5 Bishop Street
Unit 19C
Portland, ME 04103


Tonton Mondo
69 Horton Street
Unit 5
Lewiston, ME 04240


Tracy Stone
5 Bishop Street
Unit 16
Portland, ME 04103


Troiano Waste
P.O. Box 3541
Portland, ME 04104-3541


Unitil
P.O. Box 981077
Boston, MA 02298-1077


Victor Tchibangu
75 Sherman Street
Unit 4
Portland, ME 04101


Will Curry
5 Bishop Street
Unit 13
Portland, ME 04103


Yannick Buisha
779 Congress Street
Unit B2
Portland, ME 04102


Zacharias Firmino
137 College Street
Unit 12

Lewiston, ME 04240


137 College LLC
69 Vesper Street
Portland, ME 04101


28 Howard LLC
69 Vesper Street
Portland, ME 04101


69 Horton LLC
69 Vesper Street
Portland, ME 04101


85 Horton LLC
69 Vesper Street
Portland, ME 04101